UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-317-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ARICA MARIE EPPS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 15, 2009. The United States was represented by AUSA Annette Hayes and the defendant by Dennis Carroll. The proceedings were digitally recorded.

Defendant had been sentenced in the Eastern District of Washington on or about October 22, 2003 by the Honorable Edward F. Shea on two counts of Use of an Unauthorized Access Device, and one count of Misuse of a Social Security Number, and sentenced to time served in custody, two years supervised release. (Dkt. 3 at 15-22.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in home confinement for up to 120 days, provide access

to financial information, disclose all assets and liabilities, be prohibited from transferring assets without permission, be prohibited from opening new lines of credit or incurring new obligations, submit to search, undergo substance abuse evaluation, abstain from the use of illegal substances, undergo mental health evaluation and participate in treatment, and pay restitution in the amount of $17,402.96.

On May 2, 2007, defendant admitted violation of the conditions of supervised release by using a controlled substance, failing to abide by the rules of the Residential Re-entry Center (RRC), absconding from the RRC, and committing a crime. She was sentenced to nine months custody. (Dkt. 3 as 11-12.)

In an application dated March 20, 2009 (Dkt. 7), U.S. Probation Officer Jonathan M. Ishii alleged the following violations of the conditions of supervised release:

1. Consuming methamphetamine on or about August 5, and September 8, 2008, in violation of special condition 19.

2. Failing to appear for drug testing on November 13, 19, 25, December 1, 2008; and January 20, 21, February 2, March 4, 2009, in violation of special condition 19.

3. Failing to submit a truthful and complete written report within the first five days of each month, for the months of August 2008 through February 2009, in violation of standard condition 2.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted alleged violations 1 and 2 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss violation 3. (Dkt. 10.)

I therefore recommend the Court find defendant violated her supervised release as

alleged, that the Court dismiss violation 3, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 15th day of April, 2009.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Annette Hayes
Defendant's attorney: Dennis Carroll
Probation officer: Jonathan Ishii

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3